# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**FEDERAL INSURANCE COMPANY, et al.,**

    **Plaintiffs,**

v.                                                Case No. 3:13cv429/MCR/CJK

**ERIC CAMPBELL, et al.,**

    **Defendants.**

_____/

## ORDER

      This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 8, 2014 (doc. 19).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No timely objections have been filed.

      Having considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

      2.    Plaintiffs' Motion for Default Judgment (doc. 13) is **GRANTED**.

      3.    A default judgment is entered against defendants Eric Campbell, Individual Surety Group, LLC, Steve Stokeling, and First Fidelity Asurety Company, LLC.

      4.    Pursuant to 15 U.S.C. § 1116(a), a permanent injunction against Defendants is entered on the terms provided in the Plaintiffs' Motion for Default Judgment (doc. 13, pp. 2-3), which are as follows:

      Defendants are hereby permanently enjoined from:

           A.)    Selling falsified surety bonds bearing the names of Plaintiffs, or otherwise indicating that there is any commercial relationship between

    them and Plaintiffs;
  B.) Using the mails, telephones, wires, or other instrumentalities of interstate commerce to sell falsified surety bonds or other documents bearing the names of Plaintiffs, or otherwise indicating that there is any commercial relationship between them and Plaintiffs.

  5. Pursuant to 18 U.S.C. § 1964(c), Plaintiffs are entitled to attorney's fees in the amount of $83,957.50, including post-judgment interest accruing from the date of judgment as provided by law.

  6. Pursuant to Federal Rule of Civil Procedure 54(d), 15 U.S.C. § 1117(a), and 18 U.S.C. § 1964(c), Plaintiffs are entitled to costs in the amount of $918.00.

  **DONE and ORDERED** this 13th day of May, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**